```
IT IS HEREBY ADJUDGED
and DECREED this is SO
ORDERED.

Dated: August 21, 2009
```


_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge
_____

# TIFFANY & BOSCO
### P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-16346

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: | No. 2:09-bk-13006-SSC |
| Otis Thomas Kingsbury and Bonnie Kay Kingsbury<br>　　　Debtors. | Chapter 7 |
| JP Morgan Chase Bank, NA<br>　　　Movant,<br>　　vs.<br>Otis Thomas Kingsbury and Bonnie Kay Kingsbury, Debtors, Maureen Gaughan, Trustee.<br>　　　Respondents. | ORDER<br>(Related to Docket #10)<br>RE: Real Property located at<br>1820 E. Green Peak Pkway<br>Show Low, AZ 85901 |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated October 17, 2007 and recorded in the office of the Navajo County Recorder wherein JP Morgan Chase Bank, NA is the current beneficiary and Otis Thomas Kingsbury and Bonnie Kay Kingsbury have an interest in, further described as:

> LOT 2, MOUNTAIN'S MEADOW, ACCORDING TO BOOK 26 OF PLATS, PAGE 8, RECORDS OF NAVAJO
> COUNTY, ARIZONA. ParcelID Number: 21277002

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT